UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ENRIQUE GONZALEZ FLORES,<br><br>               Plaintiff,<br><br>     v.<br><br>JANET NAPOLITANO, Secretary of Homeland Security; et al.,<br><br>               Defendants. | CASE NO:  09-CV-1458 W (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. NO. 16.]** |

Pending before the Court is the parties' joint motion to dismiss this lawsuit. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion. (Doc. No. 16.)  Each party has agreed to pay their own costs.

**IT IS SO ORDERED.**

DATED: July 16, 2010

_____
Hon. Thomas J. Whelan
United States District Judge